IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv012-WHA |
| | ) | |
| DARRYL ELLIS, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

In accordance with the order issued in this case on this day,

Final Judgment is entered in favor of the United States of America and against Darryl Ellis.

DONE this 30th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE